# MINUTE ORDER

Page 1

## Magistrate Judge Lisette M. Reid

Atkins Building Courthouse – 9th Floor   Date: 4/23/2021   Time: 2:00 p.m.

Defendant: Ramon A. Del Rosario Puente   J#: 38174-069   Case #: 17-CR-20412-MIDDLEBROOKS(s)(s)
AUSA: Sharad Motiani   Attorney: Joaquin Perez - Temp
Violation: CONSP/DISTR/IMPORT/COCAINE   Surr/Arrest Date: 4/22/2021   YOB: 1968

Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at:   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish

Disposition:
- Deft consented to proceed by VTC
- Deft advised of rights & Charges
- Stip PTD w/ right to revisit
- Brady Warning given

Time from today to 5/21/21 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 5/21
PTD/Bond Hearing:   10:00   Duty   Miami
Prelim/Arraign or Removal: 5/21
Status Conference RE:
D.A.R. 13:59:49 / 14:18:08   Time in Court: 30 minutes

s/Lisette M. Reid   Magistrate Judge