UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20412-CR-DMM

UNITED STATES OF AMERICA

vs.

RAMON ANTONIO DEL ROSARIO PUENTE,

Defendant.
_____/

## STIPULATED FACTUAL BASIS FOR PLEA

Pursuant to Rule 11(b)(3), the following sets forth the factual basis for defendant guilty plea to Count 1 of the indictment, which charges the defendant with conspiracy to import cocaine into the United States, in violation of Title 21, United States Code, Section 963:

1. An investigation by U.S. law enforcement authorities revealed a large-scale drug trafficking organization ("DTO") operating in the Dominican Republic that involved defendant Ramon Antonio Del Rosario Puente and other co-conspirators, including Cesar Emilio Peralta; Jose Jesus TAPIA-Perez, Jeifry Del Rosario Gautier, and Darys Jose Baez Melo. Based on information learned from confidential sources and the lawfully-intercepted communications of these co-conspirators, the investigation revealed that from at least as early as March 2017, through June 15, 2017, the defendant was a leader of this DTO, which was involved in obtaining shipments of cocaine from Colombia and Venezuela to the Dominican Republic, where the cocaine was then transshipped to Florida, Puerto Rico, New York, and other locations.

2. Beginning in February 2017, U.S. law enforcement authorities obtained multiple successive wiretap orders on approximately 25 different communication devices used by the DTO. Law enforcement authorities lawfully intercepted the defendant, Tapia-Perez, Peralta, Del Rosario Gautier, and others, who were using communications devices to discuss their narcotics trafficking business. These lawfully-intercepted communications involved the buying and selling cocaine destined for the United States. In particular, the defendant and Tapia-Perez were lawfully intercepted discussing the purchase of numerous kilograms of cocaine, the delivery of that cocaine, and the return of cocaine proceeds to the Dominican

Republic. In these communications, the defendants spoke in Spanish and often used coded and cryptic language to describe and to facilitate their drug trafficking activities.

3. Tapia-Perez used Blackberry Messenger (BBM) for these communications, through the use of "BBM PIN" screenname "Bola Negra." In conversations, he was referred to by others as "Bola" and "Boludo."

4. On or about April 8, 2017, the U.S. Drug Enforcement Administration ("DEA") intercepted a series of BBMs between Del Rosario Puente and TAPIA-PEREZ. In these BBMs, TAPIA-PEREZ told Del Rosario Puente that "Abusador" (Peralta) wanted to see Del Rosario Puente, and that Peralta told TAPIA-PEREZ "30 days," which in context meant that Peralta would pay Del Rosario Puente a drug debt in 30 days.

5. The BBM's also revealed that Del Rosario Puente then contacted another individual and sought Cesar's PIN, referring to Peralta. Later, Del Rosario Puente and TAPIA-PEREZ exchanged a series of BBMs in which Del Rosario Puente told TAPIA-PEREZ that Del Rosario Puente was getting 50, with 10 for his son (Del Rosario Gautier), and that TAPIA-PEREZ should tell "him" (Peralta) to deliver the money "over there." While this BBM exchange was occurring, lawful pen registers showed that Tapia-Perez was also in communication with Peralta via BBM. During the BBM exchange between Tapia-Perez and Del Rosario Puente, they also discussed turning over a total of 100 kilos of cocaine to Peralta, which were to be hidden in a car with a secret compartment that would hold 50 kilos at a time. Peralta owed Del Rosario Puente a drug debt for a 50 kilogram cocaine deal at the time of these discussions.

6. On or about May 12, 2017, Del Rosario Puente and Del Rosario Gautier exchanged a series of BBMs during which Del Rosario Gautier asked how much money El Abusador (Peralta) owed Del Rosario Puente. Del Rosario Puente told Del Rosario Gautier that Peralta had paid him $200,000 up front for 50 kilos, which Del Rosario Puente sold Peralta at $7,600 per kilo, payable in one month. Del Rosario Puente said that Peralta owed $180,000, the balance of the $380,000 Peralta was charged for 50 kilos at $7,600 per

kilo. Del Rosario Puente told Tapia-Perez that "they" gave him "Abusador's" (Peralta's) cocaine at $7,600 per kilo, and they then argued as to whether they gave it to him at $7,500 or $7,600 per kilo.

7. During May 2017, law enforcement authorities lawfully intercepted a series of BBM communications indicating that members of the DTO had just received or were about to receive a shipment of cocaine, and that plans were being made to distribute the cocaine to various members of the DTO. Specifically, on or about May 13, 2017, BBMs were intercepted between Del Rosario Gautier and Tapia-Perez wherein Del Rosario Gautier told Tapia-Perez that "his guy" just gave Del Rosario Gautier "2" [kilos of cocaine] and that "he" could not front (or provide in advance) Del Rosario Gautier all of the cocaine due to the amount of money at stake. They went on to discuss buying and selling 25 kilos to raise money, and Del Rosario Gautier stated that they could get up to 100 kilos if they could pay up front.

8. On or about May 15, 2017, Del Rosario Puente and Tapia-Perez had a BBM exchange, during which Del Rosario Puente said that Tapia-Perez had done a 25 kilo deal leaving Del Rosario Puente "out of the loop." Del Rosario Puente also asked Tapia-Perez when Cabezon (Peralta) was "going to pay," referring to the outstanding debt Peralta owed for the 50 kilogram deal discussed above. Tapia-Perez told Del Rosario Puente that he would write to Cabezon (Peralta) and find out when he was going to pay. As go-between for Peralta and Del Rosario Puente, Tapia-Perez was held responsible by Del Rosario Puente for helping collect the debt from Peralta, even as they went forward with another deal. Del Rosario Puente told Tapia-Perez that he needed the money from Peralta to pay "them," meaning Del Rosario Puente's source of supply.

9. On May 15, 2017, DEL ROSARIO GAUTIER and Baez Melo were lawfully-intercepted in a conversation in which DEL ROSARIO GAUTIER discussed with Baez Melo that DEL ROSARIO GAUTIER already had the money to purchase 29 kilograms of cocaine, and the Baez Melo was with a cocaine source of supply.

10. On or about May 16, 2017, law enforcement authorities lawfully intercepted BBMs between Del Rosario Gautier and Tapia-Perez in which they discussed the price of kilograms of cocaine. Tapia-Perez

3

told Del Rosario Gautier that he was overpricing his kilos; Del Rosario Gautier complained that El Abusador (Peralta) sold his for $8,000 and $7,800, when the market price was $7,200, and Peralta had a better supply than Del Rosario Gautier. Del Rosario Gautier said that "Mangrino" (Del Rosario Puente) wanted Tapia-Perez to contact El Abusador (Peralta), but Tapia-Perez responded that he had tried several times with no luck. Lawful pen registers show several outgoing contacts from Tapia-Perez to Peralta, with no return messages during this time frame, confirming that Tapia-Perez tried but was unable to contact Peralta.

11. On or about May 18, 2017, Del Rosario Puente told Tapia-Perez via BBM that the source of supply was collecting the money Peralta owed from Del Rosario Puente. Tapia-Perez gave Del Rosario Puente Peralta's PIN so he could contact Peralta himself. On or about May 25, 2017, Del Rosario Puente and Peralta exchanged BBMs, during which Del Rosario Puente told Peralta if Peralta would pay the debt, Peralta could get another 100 kilos. On or about May 26-27, 2017, Del Rosario Puente told Tapia-Perez that Peralta was to pay that day, but then later told Tapia-Perez that he was with the owners of the cocaine, that Peralta would not answer [his calls and/or BBMs] and that he was going to have to go after Peralta to pay the money. Later in the night, Del Rosario Puente told Tapia-Perez that he got more cocaine from the source of supply, but that he had to give the cocaine to someone else because Peralta had not paid. Then, on or about May 29, 2017, Tapia-Perez told Del Rosario Puente that Peralta would pay Del Rosario Puente the following day so that Peralta could get 100 kilograms of cocaine.

12. On or about May 28, 2017, the defendant was intercepted discussing with a source of supply with BBM screenname "Sebastian" the purchase of 20-30 kilograms of cocaine at a price of $7300 per kilogram. The defendant then contacted Jeifry Del Rosario Guatier and told him they would be getting 30 kilograms of "garbage," code for cocaine, which they would sell for $7500 per kilogram. The defendant told Del Rosario Gautier to get a car for the transfer of the cocaine and to take the cocaine to a stash house. Del Rosario Gautier arranged for a car and a driver for the cocaine transfer.

4

13. On or about May 29, 2017, the Del Rosario Gautier's driver obtained 20 kilograms from Sebastian, hid the kilograms in a secret compartment in his car, and transported 14 kilograms to a stash house, before attempting to deliver the remaining six kilograms.

14. Law enforcement authorities in the Dominican Republic located the driver and stopped him after he left the stash house. Six kilograms of cocaine were seized from the defendant's car. Law enforcement seized another 14 kilograms of cocaine from the stash house. The driver had in his possession the identification belonging to Del Rosario Gautier, which Del Rosario Gautier had asked the driver to remove from the stash house.

15. After the arrest of Baez Melo, law enforcement authorities lawfully intercepted Del Rosario Puente and Del Rosario Gautier discussing the arrest of Baez Melo. They discussed the need to change communication device numbers to avoid detection by law enforcement.

16. On or about June 19, 2017, Tapia-Perez told another individual that Peralta had met with another drug trafficker someone (believed to have been Kelvin Fernandez-Flaquer) the previous day to sort things out. Law enforcement authorities understood that this reference was to a meeting between Peralta, Fernandez-Flaquer and Del Rosario Puente where Peralta proposed that they call it even to avoid violence, but Del Rosario Puente refused to cancel the debt Peralta owed him.

17. Law enforcement agents assigned to this investigation have interviewed numerous cooperating defendants, as well as cooperating sources of information, familiar with the operations of drug trafficking networks in the Dominican Republic, and the activities of the network in which the defendant was involved with Tapia-Perez Del Rosario-Gautier, Cesar Peralta and others, in particular. According to these witnesses, the network in which the defendant was involved received cocaine in the Dominican Republic, where various members of the network assembled loads of cocaine for shipment from the Dominican Republic to Puerto Rico and the United States mainland. Shipments were sent to the United States via private vessels, and commercial cargo shipments. The defendant was aware that the cocaine he bought and sold in the Dominican Republic was going to the United States from the Dominican Republic.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 11-23-2021           By: _____
                                RICHARD E. GETCHELL
                                ASSISTANT U.S. ATTORNEY

Date: 11/19/21             By: _____
                                JOAQUIN PEREZ, ESQ.
                                ATTORNEY FOR DEFENDANT

Date: 11-/19/21            By: _____
                                RAMON ANTONIO DEL ROSARIO PUENTE
                                DEFENDANT

6